UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LESBIA ALVARADO, on behalf of herself and all others similarly situated,

                                    Plaintiff,

          -against-

TVI INC. d/b/a SAVERS,

                                    Defendant.

Case No. 23-cv-00362

(ENV)(JMW)

------------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the duly authorized attorneys of record for Plaintiff, LESBIA ALVARADO, and Defendant, TVI INC. d/b/a SAVERS, that the above-entitled action shall be dismissed with prejudice as against Defendant, without costs or attorneys' fees to any party as against the other.

COLIN J. MULHOLLAND, ESQ.
ATTORNEY AT LAW
30-97 Steinway Street, Suite 301-A
Astoria, New York 11103
(347) 687-2019

By: _____
Colin J. Mulholland, Esq.

Dated: May 5, 2023

JACKSON LEWIS P.C.
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0452

By: _____
Jeffrey W. Brecher, Esq.

Dated: May 5, 2023

*Attorneys for Defendant*

Louis Pechman, Esq.
Gianfranco J. Cuadra, Esq.
PECHMAN LAW GROUP PLLC
488 Madison Avenue, 17th Floor
New York, NY 10022
(212) 583-9500

*Attorneys for Plaintiff and Putative 23 Class*

Dated: May __, 2023

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 6/6/2023

/s/ Eric N. Vitaliano

**Eric N. Vitaliano**
**United States District Judge**

The Clerk of Court is directed to close this case.